**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

Defendants.

Civil Action No. 1:26-cv-03689

**PLAINTIFF'S MOTION TO EXPEDITE PRELIMINARY INJUNCTION PROCEEDINGS AND TO CONSOLIDATE HEARING WITH TRIAL ON THE MERITS**

Pursuant to Federal Rule of Civil Procedure 65(a)(2), Local Civil Rules 7(a), 7(c), 7(h)(2), 7(n), 16.3(b)(1), and 65.1(c)–(d), and 5 U.S.C. §§ 705 and 706, Plaintiff BDR Pharmaceuticals International Pvt. Ltd. ("BDR"), through undersigned counsel, respectfully moves the Court to expedite the proceedings on BDR's contemporaneously filed Motion for a Preliminary Injunction and to advance and consolidate the trial on the merits with the hearing on that motion.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is incorporated by reference. In brief: the merits of this action present a pure question of statutory interpretation under the Generating Antibiotic Incentives Now Act, 21 U.S.C. § 355f, and the Federal Food, Drug, and Cosmetic Act, to be resolved on a certified administrative

record under the Administrative Procedure Act, 5 U.S.C. §§ 705–706. No factual development is required, no extra-record evidence is necessary to decide the merits, and no party has a right to a jury trial on BDR's claims. Meanwhile, FDA's refusal to receive ANDA No. 221413 forecloses BDR from serving a valid paragraph IV notice and from triggering the forty-five-day suit window and thirty-month-stay sequence, while the patent term at issue continues to run.

BDR accordingly requests that the Court enter an order:

(1) Expediting all proceedings on BDR's Motion for a Preliminary Injunction;

(2) Directing Defendants to file any opposition and certified administrative record under LCvR 7(n)(1) within seven (7) days of service of BDR's Motion for a Preliminary Injunction, or on such other date as the Court directs, and permitting that opposition to be filed as, or treated as, a cross-motion for summary judgment consistent with LCvR 65.1(c), and certification of the administrative record, which LCvR 7(n)(1) would otherwise permit FDA to defer until thirty days after service of its answer or until it files a dispositive motion, whichever occurs first;

(3) Directing BDR to file a combined reply in support of its motion and opposition to any cross-motion within seven (7) days thereafter;

(4) Setting a hearing not later than twenty one (21) days after the filing of BDR's Motion for a Preliminary Injunction, consolidated with a trial on the merits under Fed. R. Civ. P. 65(a)(2), or, in the Court's discretion, resolving the matter on the papers without live testimony; and

(5) Granting such other and further relief as the Court deems just and proper.

A statement of facts demonstrating that expedition is essential, as contemplated by LCvR 65.1(d), is set forth in Part II of the accompanying Memorandum. A proposed order accompanies

this motion and is also appended hereto in satisfaction of LCvR 7(c). Pursuant to LCvR 7(m), counsel for BDR has sought, or will promptly seek, the position of counsel for Defendants on the relief requested and will advise the Court of Defendants' position upon receipt.

WHEREFORE, BDR respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Dated: October 21, 2026

ARENTFOX SCHIFF LLP

By: __*/s/ James H. Hulme*____________

James Hulme (D.C. Bar No. 323014)
Wayne Matelski (D.C. Bar No. 211607)
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
James.Hulme@afslaw.com
Wayne.Matelski@afslaw.com

OF COUNSEL:
Sailesh K. Patel (motion for admission pro hac vice forthcoming)
Kevin Nelson (motion for admission pro hac vice forthcoming)
Gabriella Salek (motion for admission pro hac vice forthcoming)
ArentFox Schiff LLP
233 S. Wacker Drive
Chicago, IL 60606

Counsel for Plaintiff BDR Pharmaceuticals International Pvt. Ltd.

**CERTFICATE OF SERVICE**

I hereby certify that on October 21, 2026, the foregoing document was filed electronically through the Court's CM/ECF system and will be served by process server on each of the named defendants.

*/s/ James H. Hulme*
James H. Hulme