**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,<br><br>Defendants. | Civil Action No. 1:26-cv-03679 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Expedite Preliminary-Injunction Proceedings and to Consolidate Hearing with Trial on the Merits, the supporting Memorandum of Points and Authorities, any opposition thereto, and the entire record herein, and good cause appearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that proceedings on Plaintiff's Motion for a Preliminary Injunction are expedited; and it is further

ORDERED that, notwithstanding LCvR 7(n)(1), Defendants shall lodge with the Court, within seven (7) days of the entry of this Order, the certified administrative record, including the

materials relating to the submission and rejection of ANDA No. 221413 and the record of Docket No. FDA-2024-P-5703; and it is further

ORDERED that Defendants shall file any opposition to Plaintiff's Motion for a Preliminary Injunction within seven (7) days of service of that motion, and that Defendants may file such opposition as, or the Court may treat such opposition as, a cross-motion for summary judgment consistent with LCvR 65.1(c); and it is further

ORDERED that Plaintiff shall file a combined reply in support of its Motion for a Preliminary Injunction and opposition to any cross-motion within seven (7) days after service of Defendants' opposition; and it is further

ORDERED that a hearing on Plaintiff's Motion for a Preliminary Injunction shall be held on [____________], 2026, at [____] [a.m./p.m.], which date is not later than twenty-one (21) days after the filing of that motion, or that the Court shall resolve the motion on the papers without live testimony; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 65(a)(2), the trial on the merits is advanced and consolidated with the hearing on Plaintiff's Motion for a Preliminary Injunction, and the parties are on notice that the Court may enter final judgment on the merits on the certified administrative record.

SO ORDERED.

Dated: ____________________

________________________________
United States District Judge