**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and<br><br>KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,<br><br>Defendants. | Civil Action No. 1:26-cv-03679 |

**PLAINTIFF'S MOTION TO SHORTEN TIME TO RESPOND AND FOR IMMEDIATE CONSIDERATION**

Plaintiff BDR Pharmaceuticals International Pvt. Ltd. ("BDR") respectfully moves, pursuant to Local Civil Rule 7(b), for an order shortening the time for Defendants to respond to BDR's Motion to Expedite Preliminary-Injunction Proceedings, to Consolidate the Hearing with Trial on the Merits, and for an Accelerated Administrative Record (the "Scheduling Motion"), to seven days after service of that motion – the same deadline that exists for defendants' response to plaintiff's motion for preliminary injunction. BDR further requests immediate consideration of this motion. Local Civil Rule 7(b) provides that an opposition shall be filed within fourteen days

"or at such other time as the Court may direct," and the Court may therefore direct a shortened response period without awaiting full briefing on this request. LCvR 7(b). Good cause supports the requested relief: the Scheduling Motion asks the Court to set an expedited schedule for BDR's pending motion for a preliminary injunction, and the opposition to that preliminary-injunction motion is already due within seven days under this Court's preliminary-injunction practice. Absent an immediate order, the default response period for the Scheduling Motion would run well past the date on which the preliminary-injunction briefing closes, and the Scheduling Motion could not serve its purpose. The requested order would do no more than align the two briefing deadlines and place the scheduling request before the Court promptly; it would not grant consolidation, require production of the administrative record, or otherwise resolve any part of the Scheduling Motion on the merits.

The points and authorities supporting this motion are set forth above, as permitted by Local Civil Rule 7(a), and a proposed order filed with this motion, as required by Local Civil Rule 7(c). Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with the United States Attorney's Office for the District of Columbia and with FDA government counsel already involved in this matter regarding the relief requested herein on October 20, 2026, by telephone conference.

WHEREFORE, BDR respectfully requests that the Court enter the accompanying proposed order directing Defendants to respond to the Scheduling Motion within seven days after service of that motion, or at such other time as the Court may direct.

Dated: October 21, 2026

ARENTFOX SCHIFF LLP

By: ___*/s/ James H. Hulme*_______
James Hulme (D.C. Bar No. 323014)
Wayne Matelski (D.C. Bar No. 211607)
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
James.Hulme@afslaw.com
Wayne.Matelski@afslaw.com

OF COUNSEL:
Sailesh K. Patel (motion for admission pro hac vice forthcoming)
Kevin Nelson (motion for admission pro hac vice forthcoming)
Gabriella Salek (motion for admission pro hac vice forthcoming)
ArentFox Schiff LLP
233 S. Wacker Drive
Chicago, IL 60606

Counsel for Plaintiff BDR Pharmaceuticals International Pvt. Ltd.

**CERTFICATE OF SERVICE**

I hereby certify that on October 21, 2026, the foregoing document was filed electronically through the Court's CM/ECF system and will be served by process server on each of the named defendants.

*/s/ James H. Hulme*
James H. Hulme