**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and

KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

Defendants.

Civil Action No. 1:26-cv-03679

**[PROPOSED] ORDER SHORTENING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXPEDITE**

Upon consideration of Plaintiff's Motion to Shorten Time to Respond and for Immediate Consideration, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants shall file any response to Plaintiff's Motion to Expedite Preliminary-Injunction Proceedings and to Consolidate the Hearing with Trial on the Merits within seven (7) days after service of that motion, or by [________], 2026; and it is further

ORDERED that this Order shortens the time for response only and does not decide any part of that motion on the merits.

**SO ORDERED.**

Dated: ______________________

______________________________________
United States District Judge