**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;

KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

Defendants.

Civil Action No. 1:26-cv-03679

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff BDR Pharmaceuticals International Pvt. Ltd.'s Motion for a Preliminary Injunction and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, the Court orders as follows pursuant to Fed. R. Civ. P. 65(d)(1):

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is GRANTED; and it is further

**ORDERED** that Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are

ENJOINED, during the pendency of this action, from relying on FDA's June 6, 2025 citizen-petition ruling or the later rejection of ANDA No. 221413 to apply the five-year submission bar of 21 U.S.C. § 355(j)(5)(F)(ii), as extended by 21 U.S.C. § 355f(a), to ANDA No. 221413; and it is further

**ORDERED** that, within three (3) business days of the date of this Order, Defendants shall accept and receive ANDA No. 221413 for vonoprazan fumarate tablets, 10 mg and 20 mg (eCTD Sequence 0001, Core Id ci260503173901.43e3d9d04f50469c8860afae94c067b6), under 21 C.F.R. § 314.101(b), or shall accept the application for receipt review without applying the GAIN-extended submission bar, and shall treat the application as received as of its original date of submission, May 3, 2026; and it is further

**ORDERED** that Defendants shall withdraw, rescind, or hold in abeyance the rejection notice issued with respect to eCTD Sequence 0001 of ANDA No. 221413; and it is further

**ORDERED** that, if ANDA No. 221413 is otherwise substantially complete within the meaning of 21 C.F.R. § 314.101(b)(1), Defendants shall, within three (3) business days of the date of this Order, issue to Plaintiff the paragraph IV acknowledgment letter contemplated by 21 C.F.R. §§ 314.101(b)(1) and 314.95(b)(1); and it is further

**ORDERED** that nothing in this Order requires Defendants to approve ANDA No. 221413 or to make any substantive scientific or regulatory determination with respect to the application; and it is further

**ORDERED** that nothing in this Order affects any exclusivity applicable to indications for the treatment of *H. pylori* infection, and that Plaintiff's request that receipt of ANDA No. 221413

relate back to May 3, 2026 for purposes of any statutory or regulatory timing calculation is reserved for final judgment; and it is further

**ORDERED** that, within seven (7) days of the date of this Order, Defendants shall lodge with the Court the certified administrative record, including the materials relating to the submission and rejection of ANDA No. 221413 and the record of Docket No. FDA-2024-P-5703; and it is further

**ORDERED** that the hearing on Plaintiff's Motion is CONSOLIDATED with a trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2); and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 65(c), no security is required of Plaintiff, the Defendants being officers and agencies of the United States that will sustain no monetary loss from compliance with this Order; and it is further

**ORDERED** that this Order shall take effect immediately upon entry and shall remain in effect pending further order of this Court.

SO ORDERED.

Dated: ____________________ ____________________________________

United States District Judge