CO-386
10/2018

# United States District Court
# For the District of Columbia

BDR PHARMACEUTICALS, LTD.

Plaintiff

vs

UNITED STATES FOOD AND DRUG ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES, KYLE A. DIAMANTAS J.D., ACTING COMMISSIONER OF FOOD AND DRUGS

Defendant

Civil Action No.________________________

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ James H. Hulme
Signature

323014
BAR IDENTIFICATION NO.

James H. Hulme
Print Name

ArentFox Schiff LLP, 1717 K St., NW
Address

Washington D.C. 20006-5344
City State Zip Code

202.857.6000
Phone Number