**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and

KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

Defendants.

Civil Action No. 1:26-cv-03679 (JEB)

# ERRATA

Plaintiff BDR Pharmaceuticals International Pvt. Ltd. hereby files the attached corrected (more legible copy) of Exhibit 35 to its Motion for Preliminary Injunction (Dkt. No.4-37).

Dated: October 22, 2026

Respectfully submitted,

ARENTFOX SCHIFF LLP

By: ___*/s/ James H. Hulme*_______
James Hulme (D.C. Bar No. 323014)
Wayne Matelski (D.C. Bar No. 211607)
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
James.Hulme@afslaw.com

Wayne.Matelski@afslaw.com

OF COUNSEL:
Sailesh K. Patel (motion for admission pro hac vice forthcoming)
Kevin Nelson (motion for admission pro hac vice forthcoming)
Gabriella Salek (motion for admission pro hac vice forthcoming)
ArentFox Schiff LLP
233 S. Wacker Drive
Chicago, IL 60606

Counsel for Plaintiff BDR Pharmaceuticals International Pvt. Ltd.

**CERTFICATE OF SERVICE**

I hereby certify that on October 22, 2026, the foregoing document was filed electronically through the Court's CM/ECF system and will be served by process server on each of the named defendants.

*/s/ James H. Hulme*
James H. Hulme