**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. 26-3679 (JEB) |

**NOTICE OF APPEARANCE**

Defendants respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Zachary J. Krizel, on behalf of the Defendants in this matter.

Dated: October 22, 2026
Washington, DC

Respectfully submitted,

By: /s/ *Zachary J. Krizel*

ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2518
Zachary.krizel@usdoj.gov

*Attorney for the United States of America*