**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Saba Ilac Sanayii Ve Ticaret AS**,<br>Plaintiff<br>*v.*<br>**United States Food & Drug Administration**,<br>Defendant. | Civil Action No. 26-3513-JDB |
| **BDR Pharmaceuticals, International Pvt. Ltd.**,<br>Plaintiff<br>*v.*<br>**United States Food and Drug Administration et al.**,<br>Defendants. | Civil Action No. 26-3679-JEB |

**Saba Ilac Sanayii Ve Ticaret AS's Notice of Related Cases**

Under Local Civil Rule 40.5(b)(3), Saba Ilac Sanayii Ve Ticaret AS notifies the Court that *Saba Ilac Sanayii Ve Ticaret AS v. United States Food & Drug Administration*, Civil Action No. 26-3513-JDB, and *BDR Pharmaceuticals, International Pvt. Ltd. v. United States Food and Drug Administration et al.*, Civil Action No. 26-3679-JEB, are related cases under Local Civil Rule 40.5(a)(3)(ii) and (iii). Saba further notifies the Court that it intends to move to consolidate these cases under Local Civil Rule 40.5(d).

DATED: OCTOBER 23, 2026

Respectfully submitted,

/s/ Christopher M. Bruno
Christopher M. Bruno (D.C. Bar No. 997258)
Shashank Upadhye (*pro hac vice*)
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522-0174
Phone: (312) 598-2610
chris@ipfdalaw.com
shashank@ipfdalaw.com

*Attorneys for Plaintiff Saba Ilac Sanayii Ve Ticaret AS*