**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

Plaintiff,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;

KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

Defendants,

PHATHOM PHARMACEUTICALS, INC.

Proposed Defendant-Intervenor.

Case No. 1:26-cv-03679-JEB

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND TO DEFER FILING ANSWER**

Upon consideration of the Motion to Intervene as Defendant filed by Phathom Pharmaceuticals, Inc. ("Phathom"), the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Phathom's Motion to Intervene under Federal Rule of Civil Procedure 24 is GRANTED; and

**IT IS FURTHER ORDERED** that Defendant-Intervenor Phathom shall file its Answer or other responsive pleading by the same deadline as Defendants United States Food and Drug Administration, United States Department of Health and Human Services, Robert F. Kennedy, Jr., and Kyle A. Diamantas.

**SO ORDERED** on this ____ day of ___________, 2026.

___________________________
Honorable James E. Boasberg
Chief United States District Judge