AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD. )
*Plaintiff* )
v. ) Case No. 1:26-cv-03679-JEB
U.S. FOOD AND DRUG ADMINISTRATION, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenor Phathom Pharmaceuticals, Inc. .

Date: 10/23/2026

/s/ Nicholas L. Schlossman
*Attorney's signature*

Nicholas L. Schlossman (D.C. Bar No. 1029362)
*Printed name and bar number*

LATHAM & WATKINS LLP
300 Colorado Street
Suite 2400
Austin, TX 78701
*Address*

nicholas.schlossman@lw.com
*E-mail address*

(737) 910-7300
*Telephone number*

(737) 910-7301
*FAX number*