AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD. )
*Plaintiff* )
v. ) Case No. 1:26-cv-03679-JEB
U.S. FOOD AND DRUG ADMINISTRATION, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenor Phathom Pharmaceuticals, Inc. .

Date: 10/23/2026

/s/ Dorothy M. Canevari
*Attorney's signature*

Dorothy M. Canevari (D.C. Bar No. 90043751)
*Printed name and bar number*

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
*Address*

dolly.canevari@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*