**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;<br><br>KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,<br><br>Defendants,<br><br>PHATHOM PHARMACEUTICALS, INC.,<br><br>Proposed Defendant-Intervenor. | Case No. 1:26-cv-03679-JEB |

**NOTICE OF NON-OPPOSITION TO MOTION OF PHATHOM PHARMACEUTICALS, INC. TO INTERVENE AS DEFENDANT**

Proposed Defendant-Intervenor Phathom Pharmaceuticals, Inc. ("Phathom") hereby notifies the Court that, on October 24, 2026, it received Plaintiff BDR Pharmaceuticals International Pvt. Ltd.'s ("BDR") position on Phathom's motion to intervene as defendant (ECF No. 10). BDR does not oppose the motion.

*[Signature page to follow]*

Respectfully submitted,

Dated: October 24, 2026

/s/ Andrew D. Prins
Andrew D. Prins (D.C. Bar No. 998490)
Cherish A. Drain (D.C. Bar No. 1656300)
Dorothy M. Canevari (D.C. Bar No. 90043751)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
cherish.drain@lw.com
dolly.canevari@lw.com

Nicholas L. Schlossman (D.C. Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*Attorneys for Proposed Defendant-Intervenor Phathom Pharmaceuticals, Inc.*