**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*<br><br>*Defendants*. | Civil Action No. 26-3679 (JEB) |

## NOTICE

Defendants respectfully alert the Court to recent actions by the United States Food and Drug Administration ("FDA") related to the issues raised by Plaintiff BDR Pharmaceuticals, International Pvt. Ltd. in this litigation. Defendants report that on October 23, 2026, FDA opened Public Docket No. FDA-2026-N-13038, seeking public comment on issues raised regarding the interaction of GAIN and NCE exclusivity (Voquezna NDA 215151) ("Public Docket"), with a letter to interested parties, attached hereto as Exhibit A.[1] The Public Docket allows interested parties to provide public comments on, inter alia, the scope of exclusivity covering New Drug Application ("NDA") No. 215151 (Voquezna), and closes on November 23, 2026. *Id.* Due to this very recent development, the parties have begun conferring on what impact the initiation of the Public Docket has on the claims before the Court and how to proceed in this litigation.

* * *

[1] Seeking public comment on issues raised regarding the interaction of GAIN and NCE exclusivity (Voquezna NDA 215151), https://www.regulations.gov/docket/FDA-2026-N-13038-0001 (last visited Oct. 23, 2026).

Dated: October 25, 2026
Washington, DC

Respectfully submitted,

By: /s/ *Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2518
Zachary.krizel@usdoj.gov

*Attorney for the United States of America*