AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BDR PHARMACEUTICALS, INTERNATIONAL PVT. )
*Plaintiff* )
v. ) Case No. 26-3679 (JEB)
Food and Drug Administration )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 10/26/2026

/s/ Dimitar P. Georgiev
*Attorney's signature*

Dimitar P. Georgiev, D.C. Bar #1656702
*Printed name and bar number*

U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
*Address*

dimitar.georgiev-remmel@usdoj.gov
*E-mail address*

(202) 252-7678
*Telephone number*

*FAX number*