CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| BDR PHARMACEUTICALS, INTERNATIONAL PVT. LTD., Plaintiff | ) | |
| vs | ) | Civil Action No. 1:26-cv-03679-JEB |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Phathom Pharmaceuticals, Inc certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Phathom Pharmaceuticals, Inc which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Andrew D. Prins
Signature

DC Bar No. 998490
BAR IDENTIFICATION NO.

Andrew D. Prins
Print Name

555 Eleventh Street, NW Suite 1000
Address

Washington, D.C. 20004
City State Zip Code

(202) 637-2200
Phone Number