**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,

*Plaintiff*,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION;

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and

KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,

*Defendants*;

PHATHOM PHARMACEUTICALS, INC.,

*Defendant-Intervenor*.

Civil Action No. 1:26-cv-03679 (JEB)

**JOINT STATUS REPORT AND JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiff BDR Pharmaceuticals International Pvt. Ltd. ("BDR" or "Plaintiff"; Defendants the United States Food and Drug Administration ("FDA"), the United States Department of Health and Human Services, Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, and Kyle A. Diamantas, in his official capacity as Acting Commissioner of Food and Drugs (collectively, "Defendants," and Defendant-Intervenor Phathom Pharmaceuticals, Inc. (together with Plaintiff and Defendants, the "Parties"), by and

through undersigned counsel, respectfully submit this Joint Status Report to advise the Court that the Parties have reached an agreement regarding the further scheduling of this action. As set forth below, the Parties jointly request that the Court stay all proceedings in this action for 120 days to permit FDA to complete its administrative consideration of the exclusivity issues presented, on the terms described herein. A proposed order is submitted herewith pursuant to Local Civil Rule 7(c).

**BACKGROUND**

1. This is an action under the Administrative Procedure Act, 5 U.S.C. §§ 701–706, challenging (a) FDA's June 6, 2025 response to the citizen petition submitted by Phathom Pharmaceuticals, Inc. in Docket No. FDA-2024-P-5703, in which FDA determined that VOQUEZNA® (vonoprazan fumarate) Tablets, NDA 215151, benefits from the new chemical entity ("NCE") and Generating Antibiotic Incentives Now ("GAIN") exclusivity (together, "NCE*GAIN exclusivity") recognized for the VOQUEZNA® Triple Pak (NDA 215152) and VOQUEZNA® Dual Pak (NDA 215153); and (b) FDA's rejection of BDR's Abbreviated New Drug Application ("ANDA") No. 221413 for vonoprazan fumarate tablets, 10 mg and 20 mg. *See* Complaint, ECF No. 1.

2. BDR attempted to submit ANDA No. 221413 on May 3, 2026, through its U.S. agent, Apotex Corp. The ANDA references NDA 215151. FDA rejected ANDA No. 221413 on September 15, 2026. *See* Exhibit 2 to Complaint, ECF No. 1-2.

3. On October 23, 2026, FDA opened a public docket, Docket No. FDA-2026-N-13038, to solicit public comment on legal and regulatory issues pertaining to the scope of exclusivity covering VOQUEZNA®. FDA's notice identifies this action and requests comment on one or more issues present in this case. Comments are due by close of business on November 23,

2026.

4. On October 21, 2026, BDR filed a Motion for Preliminary Injunction (ECF No. 4) (the "PI Motion") requesting expedited briefing. The Court held a scheduling conference on October 26, 2026. At that conference, the parties requested and were granted seven days to reach a resolution on a potential stay.

5. Following conferral, the Parties have agreed to a 120-day stay of all proceedings in this action, including all briefing on the PI Motion and Defendants' and Defendant-Intervenor's deadline to respond to the Complaint, to permit FDA to complete its administrative consideration of the issues raised in Docket No. FDA-2026-N-13038. FDA has represented that it expects to issue a decision in Docket No. FDA-2026-N-13038 in approximately four months. BDR's agreement to this stay is contingent upon the Court adopting a similar stay in the related action Civil Action No. 26-3513-JDB (D.D.C.) ("the Saba Action"). In the event the Saba Action is not similarly stayed, BDR reserves the right to move to lift the stay in this action.

6. The Parties propose that the stay run for 120 days from the date of this joint status report, November 2, 2026, through and including March 2, 2027. The Parties further propose to file a joint status report on February 16, 2027, fourteen (14) days before expiry of the stay. That joint status report will advise the Court on the status of Docket No. FDA-2026-N-13038, and will set forth the Parties' respective positions regarding further proceedings in this action.

7. If FDA requires additional time beyond March 2, 2027 to issue its decision in Docket No. FDA-2026-N-13038, FDA will state in the February 16, 2027 joint status report the amount of additional time it requires and the reasons that additional time is needed. Plaintiff reserves the right to respond to any such statement, including by opposing any further stay or by asking the Court to lift the stay.

8. Once FDA issues a decision in Docket No. FDA-2026-N-13038, the parties will submit a joint status report within ten (10) days of that decision. If FDA's decision leaves unchanged the application of NCE*GAIN exclusivity to NDA 215151, and BDR elects to proceed with the PI Motion, Defendants and Defendant-Intervenor would not oppose consolidating the PI Motion with the merits provided Defendants have at least fourteen (14) days to prepare the administrative record, that Defendants and Defendant-Intervenor have twenty-eight (28) days for their PI oppositions/motions for summary judgment, and that Defendants and Defendant-Intervenor have twenty-one (21) days for their summary judgment replies. The Parties will propose a briefing schedule in the joint status report described in this Paragraph. If FDA's decision otherwise resolves or narrows the issues presented in this action, the Parties will so advise the Court in the joint status report described in this Paragraph and will address whether any further proceedings are necessary.

9. If FDA's decision otherwise resolves or narrows the issues presented in this action, the Parties will so advise the Court in the joint status report and will address whether any further proceedings are necessary.

10. The Parties' agreement to the stay described herein is without prejudice to, and does not waive, any party's claims, arguments, or defenses.

**WHEREFORE**, the Parties respectfully request that the Court enter the accompanying proposed order (a) staying all proceedings in this action for 120 days, through and including March 2, 2027; (b) holding the PI Motion in abeyance and suspending all current deadlines, including Defendants' and Defendant-Intervenor's deadlines to respond to the Complaint, during the stay; (c) directing the Parties to file a joint status report on or before February 16, 2027.

Dated: November 2, 2026

By: ___/s/ *James H. Hulme*_______
James Hulme (D.C. Bar No. 323014)
Wayne Matelski (D.C. Bar No. 211607)
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
James.Hulme@afslaw.com
Wayne.Matelski@afslaw.com

OF COUNSEL:
Sailesh K. Patel (*pending pro hac vice motion*)
Kevin Nelson (*pending pro-hac vice*)
Gabriella Salek (*pending pro-hac vice motion*)
ArentFox Schiff LLP
233 S. Wacker Drive
Chicago, IL 60606

*Counsel for Plaintiff BDR Pharmaceuticals International Pvt. Ltd.*

JEANINE FERRIS PIRRO
United States Attorney

By: ___/s/ *Zachary J. Krizel*_______
Zachary J. Krizel
Dimitar Georgiev-Remmel
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2518
Zachary.krizel@usdoj.gov
Dimitar.georgiv-remmel@usdog.gov

*Attorneys for the United States of America*

*By: /s/ Andrew D. Prins*
Andrew D. Prins (D.C. Bar No. 998490)
Cherish Drain (D.C. Bar No. 1656300)
Dorothy M. Canevari (D.C. Bar No. 90043751)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
cherish.drain@lw.com
dolly.canevari@lw.com

Nicholas L. Schlossman (D.C. Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email:
nicholas.schlossman@lw.com

*Attorneys for Defendant-Intervenor Phathom Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; and<br><br>KYLE A. DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs,<br><br>Defendants,<br><br>PHATHOM PHARMACEUTICALS, INC.,<br><br>Defendant-Intervenor. | Civil Action No. 1:26-cv-03679 (JEB) |

**ORDER**

Upon consideration of the Parties' Joint Status Report and Joint Motion for a Stay of Proceedings, and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is GRANTED; it is further

**ORDERED** that all proceedings in this action are STAYED through and including March 2, 2027; it is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 4) is held in abeyance, and all current deadlines in this action, including Defendants' and Defendant-Intervenor's deadlines to

respond to the Complaint, are suspended during the stay; and it is further

**ORDERED** that the Parties shall file a joint status report on or before February 16, 2027.

Date: ______________________

______________________________
Chief Judge, James E. Boasberg